IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

EVAN K. ENYAME

CASE NO.  25-MJ-90107-01-BGS

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about June 2, 2025, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, EVAN K. ENYAME did willfully violate any defense property security regulation, to wit:  Army Regulation 190-11, paras. 1-10, 4-5 and Fort Riley Regulation 190-1, Control of Privately owned Weapons, to wit:  carrying an unauthorized firearm on the Fort Riley Military reservation, in violation of Title 50, United States Code, § 797. **(Violation of Security Regulations and Order) (Class A Misdemeanor)**

### COUNT 2

On or about June 2, 2025, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, EVAN K. ENYAME did unlawfully go upon any military installation for a purpose prohibited by law or lawful regulation; or was found within any such installation after having been removed there from or ordered not to reenter by any officer or person in command or charge thereof, in violation of Title 18, U.S.C., Section 1382. **(Criminal Trespass) (Class B Misdemeanor)**

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

CHRISTINE M.T. LADNER
Special Assistant U.S. Attorney
Kansas Bar Number #12414
Office of the Staff Judge Advocate
216 Custer Avenue
Fort Riley, KS  66442
Telephone: (785) 239-6392
christine.m.ladner.civ@army.mil

The court has reviewed the documentation attached hereto and finds probable cause for the issuance of a warrant or summons if required.

Filed    8/6/2025

HON BROOKS G. SEVERSON
U.S. Magistrate Judge